```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18395
    SUSAN J CASSA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-8726


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/07/07 and confirmed on 12/05/07.

    2.  The case was converted to Chapter 7 after confirmation, 09/11/2008.

    3.  The Debtor paid a total of $   1750.00 .

    4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
---------------------------------------------------------------------------
INDYMAC BANK               CURRENT MORTG         .00            .00             .00
INDYMAC BANK               MORTGAGE ARRE         .00            .00             .00
INDYMAC BANK               SECURED               .00            .00             .00
INDYMAC BANK               MORTGAGE ARRE     3444.33            .00             .00
WELLS FARGO FINANCIAL AC   SECURED VEHIC         .00            .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED         3144.45            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1127.73            .00             .00
BECKET & LEE LLP           UNSECURED          763.67            .00             .00
CARSON PIRIE SCOTT         UNSECURED        NOT FILED           .00             .00
CENTRAL DUPAGE HOSPITAL    UNSECURED        NOT FILED           .00             .00
B REAL LLC                 UNSECURED        25750.00            .00             .00
COMED                      UNSECURED        NOT FILED           .00             .00
DISCOVER BANK              UNSECURED        11588.20            .00             .00
FEDERATED FINANCIAL CORP   UNSECURED         3392.36            .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED         1685.15            .00             .00
GROOT INDUSTRIES           UNSECURED        NOT FILED           .00             .00
HOUSTON FUNDING II LTD     UNSECURED          836.52            .00             .00
KEY INVESTMENT & MANAGEM   UNSECURED        NOT FILED           .00             .00
NICOR GAS                  UNSECURED          754.46            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         1681.70            .00             .00
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
---------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC   UNSECURED         6417.35            .00             .00
        Summary of disbursements:
---------------------------------------------------------------------------
                SECURED       PRIORITY      UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   3444.33       .00      57141.59          .00       60585.92
PRINCIPAL PAID           .00       .00          .00           .00            .00
```

```
INTEREST PAID                   .00         .00         .00         .00         .00
TOTAL PAID                      .00         .00         .00         .00         .00
```

The Debtor's attorney, RICHARD S BASS            , was allowed $   3000.00
and was paid $    1000.00  direct and $    1657.60  through the plan.

The Trustee received $       92.40 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


  Dated: 12/17/08                    /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE